

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

ZACHARY SMITH,                          §
          Plaintiff,                      §
                                     §
vs.                                     §     CIVIL ACTION NO. 9:10-2174-HFF-BM
                                     §
GOVERNOR MARK SANFORE et al.,           §
          Defendants.                     §

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the action be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on October 5, 2010, and the Clerk of Court entered Plaintiff's objections to the Report on October 22, 2010. Liberally construed, it appears from

Plaintiff's objections that he wishes to amend his Complaint.  Therefore, in the interest of justice, but in no way because of an error by the Magistrate Judge, this case is remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED**.

Signed this 26th day of October, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.